**MARTORELL LAW APC**
Eduardo Martorell, State Bar No. 240027
EMartorell@Martorell-Law.com
Jean-Paul Le Clercq, State Bar No. 248818
JPLeClercq@Martorell-Law.com
Playa District
6100 Center Drive, Suite 1130
Los Angeles, CA 90045
Telephone: (323) 840-1200; Fax: (323) 840-1300

Attorneys for Plaintiff, LARRY BLOCK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BLOCK, an individual, | Case No.: 2:21-cv-01734 AB (MRWx) |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT COMMITTEE FOR THE ADVANCEMENT OF TORAH** |
| COMMITTEE FOR THE ADVANCEMENT OF TORAH, a New York corporation, d/b/a OK Kosher Certification; and DOES 1 through 20, inclusive, | Complaint Filed: February 26, 2021<br>Trial Date:       May 15, 2023 |
| Defendants. | |

**TO THE HONORABLE COURT, ITS CLERK AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Please take notice that Plaintiff Larry Block ("Plaintiff") has resolved this matter in its entirety with Defendant COMMITTEE FOR THE ADVANCEMENT OF TORAH'S ("Defendant").

The parties have already collectively executed a settlement agreement resolving this matter in its entirety and Plaintiff anticipates filing a request for dismissal of this entire matter before the end of January 2023, per the terms of that agreement

Dated: December 29, 2022         **MARTORELL LAW APC**

By:   /s/ Jean-Paul Le Clercq
         Eduardo Martorell
         Jean-Paul Le Clercq
         Attorneys for Plaintiff,
         LARRY BLOCK