**Offit Kurman, P.A.**
Franklyn H. Snitow, Pro Hac Vice
Stewart J. Epstein, Pro Hac Vice
590 Madison Avenue, 6th Floor
New York, New York 10022
(212) 545-1900; (212) 545-1656 (fax)
Frank.Snitow@offitkurman.com
Stewart.Epstein@offitkurman.com

**LightGabler**
By: Lou A. Cappadona (SBN 55247)
    Glenn J. Dickinson (SBN 159753)
    Jamie N. Stein (SBN 219761)
760 Paseo Camarillo, Suite 300
Camarillo, CA 93010
(805) 248-7208
(805) 248-7209 (fax)
lcappadona@lightgablerlaw.com
gdickinson@lightgablerlaw.com
jstein@lightgablerlaw.com

Attorneys for Defendant
Committee for the Advancement of Torah
d/b/a OK Kosher Certification

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BLOCK, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> COMMITTEE FOR THE ADVANCEMENT OF TORAH, a New York corporation, d/b/a OK Kosher Certification; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 2:21−cv−01734 MEMF (MRWx) <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Complaint Filed: February 26, 2021 <br> Assigned to: Hon. Maame Ewusi-Mensah Frimpong <br> Dept.: 8B |

1     IT IS HEREBY STIPULATED AND AGREED by Plaintiff Larry Block and Defendant Committee for the Advancement of Torah, (erroneously sued as "OK Kosher aka The Organized Kashrus Laboratories"), through their respective counsel of record, and respectfully requested of the Court, that the above-entitled action be dismissed, with prejudice, against Defendant Committee for the Advancement of Torah, (erroneously sued as "OK Kosher aka The Organized Kashrus Laboratories").

    This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each party shall bear its own attorneys' fees and costs.

Dated: February 1, 2023      **LightGabler LLP**

By: /s/ Glenn J. Dickinson
Lou A. Cappadona
Glenn J. Dickinson
Jamie N. Stein
Attorneys for Defendant
Committee for the Advancement of Torah
d/b/a OK Kosher Certification

Dated: February 1, 2023      **Martorell Law APC**

By: /s/ Jean-Paul LeClercq
Eduardo Martorell
Jean-Paul Le Clercq
Attorneys for Plaintiff Larry Block

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2023, a copy of the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which would send an electronic copy of this filing to all counsel of record.

/s/ Ellen Rivera